UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD MACLIN<br>on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 1:17-CV-2612 |
| | ) | JUDGE DAN AARON POLSTER |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| | ) | **PLAINTIFF'S NOTICE OF** |
| RELIABLE REPORTS OF TEXAS, INC. | ) | **VOLUNTARY DISMISSAL** |
| D/B/A RELIABLE REPORTS, INC. | ) ) | **WITHOUT PREJUDICE** |
| Defendant. | ) | |

Now comes Plaintiff, by and through counsel, who hereby dismisses this action, without

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


Granted.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
April 16, 2018

Respectfully submitted,

/s/ Lori M. Griffin
Lori M. Griffin (0085241)
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com

Attorneys for Plaintiff